UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUSSEIN M. AL-MAMORY,

          Plaintiff,

v.

SNOHOMISH COUNTY JAIL, TAYLOR HAUPE, R.N.,

          Defendants.

Case No. C16-243 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This case is **dismissed without prejudice prior to service for failure to state a claim.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 2ND day of May, 2016.

~~ROBERT S. LASNIK~~ James L. Robart
United States District Judge

ORDER OF DISMISSAL - 1